**Radey H. MOHAMMAD,**
**Plaintiff–Appellant,**

v.

**Ronald ANGELONE; James Jenkins,**
**Defendants–Appellees.**

**No. 02–6948.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 10, 2002.

Decided Feb. 10, 2003.

Matthew P. Geary, Richmond, Virginia, for Appellant. Jerry W. Kilgore, Attorney General, Richard C. Vorhis, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Radey H. Mohammad appeals the district court's order granting summary judgment for the defendants in his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mohammad v. Angelone,* No. CA–01–819–3 (E.D.Va. May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*